Curtis R. Hussey
Hussey Law Firm, LLC
82 Plantation Pointe Road # 288
Fairhope, AL 36532
Phone: (251) 401-4882
gulfcoastadr@gmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DANIEL BOYD, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN C. HEATH, ATTORNEY AT LAW, PLLC d/b/a LEXINGTON LAW FIRM<br><br>        Defendant. | **MOTION FOR PRO HAC VICE ADMISSION**<br><br>Civil No.  2:20-cv-00636-CMR<br><br>Magistrate Judge Cecilia M. Romero |

    I move for the pro hac vice admission of Aaron D. Radbil as counsel for Daniel Boyd, and I consent to serve as local counsel. The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing.

DATED: October 6, 2020.

                              */s/ Curtis R. Hussey*
                              Curtis R. Hussey
                              Hussey Law Firm, LLC
                              82 Plantation Pointe Road # 288
                              Fairhope, AL 36532
                              Phone: (251) 401-4882
                              gulfcoastadr@gmail.com