FILED
2020 NOV 17 PM 12:55
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DANIEL BOYD, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JOHN C. HEATH, ATTORNEY AT LAW, PLLC d/b/a LEXINGTON LAW FIRM,<br><br>Defendant. | **ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING**<br><br>Case No. 2:20-cv-00636-CMR<br><br>Magistrate Judge Cecilia M. Romero |

Before the court is the Stipulated Motion for Extension of Time to File Responsive Pleading ("Motion") (ECF 13) filed by Daniel Boyd ("Plaintiff") and John C. Heath, Attorney at Law, PC d/b/a Lexington Law Firm ("Defendant"), by and through their respective counsel of record. For good cause appearing, the court GRANTS the Motion.

The time for Defendant to file its responsive pleading in this matter is extended until and including December 17, 2020.

DATED this 17 November 2020.

*Cecilia M. Romero*
Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah