| | |
|---|---|
| Aaron D. Radbil (*pro hac vice*) | James D. Gilson (5472) |
| Greenwald Davidson Radbil PLLC | Lyndon R. Bradshaw (15097) |
| 401 Congress Avenue, Suite 1540 | Denton Durham Jones Pinegar P.C. |
| Austin, Texas 78701 | 111 South Main Street, Suite 2400 |
| Phone: (512) 803-1578 | PO Box 4050 |
| aradbil@gdrlawfirm.com | Salt Lake City, UT 84111 |
| | Phone: (801) 415-3000 |
| | james.gilson@dentons.com |
| | lyndon.bradshaw@dentons.com |
| | |
| Curtis R. Hussey (5488) | Chad R. Fuller (*pro hac vice*) |
| Hussey Law Firm, LLC | Troutman Pepper Hamilton Sanders LLP |
| 82 Plantation Pointe Road # 288 | 11682 El Camino Real, Suite 400 |
| Fairhope, AL 36532 | San Diego, CA 92130 |
| Phone: (251) 401-4882 | Phone: (858) 509-6056 |
| gulfcoastadr@gmail.com | E-mail: chad.fuller@troutman.com |
| | |
| *Attorneys for Plaintiff Daniel Boyd* | *Attorneys for Defendant Lexington Law Firm* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DANIEL BOYD, on behalf of himself and others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>JOHN C. HEATH, ATTORNEY AT LAW, PLLC d/b/a LEXINGTON LAW FIRM,<br><br>　　Defendant. | **NOTICE OF SETTLEMENT**<br><br>Case No.  2:20-cv-00636<br><br>District Judge Bruce S. Jenkins |

Daniel Boyd and Lexington Law Firm (the "Parties") hereby notify the Court that they have reached an agreement in principle to resolve this action. The Parties respectfully request that the Court vacate all pending deadlines and provide the Parties with 30 days to finalize the settlement and file a stipulation of dismissal.

Dated: February 18, 2021                    Respectfully submitted,

                                                    */s/ Aaron D. Radbil*
                                                    Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Phone: (512) 803-1578
aradbil@gdrlawfirm.com

Curtis R. Hussey (5488)
Hussey Law Firm, LLC
82 Plantation Pointe Road # 288
Fairhope, AL 36532
Phone: (251) 401-4882
gulfcoastadr@gmail.com

*Attorneys for Plaintiff Daniel Boyd*

*/s/ Chad R. Fuller*
Chad R. Fuller (*pro hac vice*)
Troutman Pepper Hamilton Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 509-6056
E-mail: chad.fuller@troutman.com

James D. Gilson (5472)
Lyndon R. Bradshaw (15097)
Denton Durham Jones Pinegar P.C.
111 South Main Street, Suite 2400
PO Box 4050
Salt Lake City, UT 84111
Phone: (801) 415-3000
james.gilson@dentons.com
lyndon.bradshaw@dentons.com

*Attorneys for Defendant Lexington Law Firm*

## CERTIFICATE OF SERVICE

I certify that on February 18, 2021, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to counsel of record.

                                                        */s/ Aaron D. Radbil*
                                                        Aaron D. Radbil