| | |
|---|---|
| Aaron D. Radbil (*pro hac vice*) <br> Greenwald Davidson Radbil PLLC <br> 401 Congress Avenue, Suite 1540 <br> Austin, Texas 78701 <br> Phone: (512) 803-1578 <br> aradbil@gdrlawfirm.com | James D. Gilson (5472) <br> Lyndon R. Bradshaw (15097) <br> Denton Durham Jones Pinegar P.C. <br> 111 South Main Street, Suite 2400 <br> PO Box 4050 <br> Salt Lake City, UT 84111 <br> Phone: (801) 415-3000 <br> james.gilson@dentons.com <br> lyndon.bradshaw@dentons.com |
| Curtis R. Hussey (5488) <br> Hussey Law Firm, LLC <br> 82 Plantation Pointe Road # 288 <br> Fairhope, AL 36532 <br> Phone: (251) 401-4882 <br> gulfcoastadr@gmail.com | Chad R. Fuller (*pro hac vice*) <br> Troutman Pepper Hamilton Sanders LLP <br> 11682 El Camino Real, Suite 400 <br> San Diego, CA 92130 <br> Phone: (858) 509-6056 <br> E-mail: chad.fuller@troutman.com |
| *Attorneys for Plaintiff Daniel Boyd* | *Attorneys for Defendant Lexington Law Firm* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DANIEL BOYD, on behalf of himself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> JOHN C. HEATH, ATTORNEY AT LAW, PLLC d/b/a LEXINGTON LAW FIRM, <br><br> Defendant. | **NOTICE OF SETTLEMENT** <br><br> Case No.  2:20-cv-00636 <br><br> District Judge Bruce S. Jenkins |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Daniel Boyd hereby dismisses with prejudice all of his claims against Lexington Law Firm in the above-styled action.  The parties shall bear their own attorneys' fees and costs.

Dated: March 22, 2021                    Respectfully submitted,

*/s/ Aaron D. Radbil*
Aaron D. Radbil (*pro hac vice*)

1

Greenwald Davidson Radbil PLLC
401 Congress Avenue, Suite 1540
Austin, Texas 78701
Phone: (512) 803-1578
aradbil@gdrlawfirm.com

Curtis R. Hussey (5488)
Hussey Law Firm, LLC
82 Plantation Pointe Road # 288
Fairhope, AL 36532
Phone: (251) 401-4882
gulfcoastadr@gmail.com

*Attorneys for Plaintiff Daniel Boyd*

*/s/ Chad R. Fuller*
Chad R. Fuller (*pro hac vice*)
Troutman Pepper Hamilton Sanders LLP
11682 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 509-6056
E-mail: chad.fuller@troutman.com

James D. Gilson (5472)
Lyndon R. Bradshaw (15097)
Denton Durham Jones Pinegar P.C.
111 South Main Street, Suite 2400
PO Box 4050
Salt Lake City, UT 84111
Phone: (801) 415-3000
james.gilson@dentons.com
lyndon.bradshaw@dentons.com

*Attorneys for Defendant Lexington Law Firm*

## CERTIFICATE OF SERVICE

I certify that on March 22, 2021, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to counsel of record.

*/s/ Aaron D. Radbil*
Aaron D. Radbil